IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Priscilla Reid Hammond, | ) | C/A No.: 3:10-2441-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Alliedbarton Security Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court is in receipt of the "Second Amended Joint Consent Scheduling Order" filed January 14, 2011. This motion fails to comply with Local Rule 6.01, which outlines the information that a motion for extension is required to include. This Court hereby orders the parties' compliance with Local Rule 6.01.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 18, 2011                     Joseph F. Anderson, Jr.
Columbia, South Carolina          United States District Judge