IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Priscilla Reid Hammond, | ) | C/A No.: 3:10-2441-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Alliedbarton Security Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the defendant's motion to compel medical records of Marie Andrews pursuant to Rule 37 of the Federal Rules of Civil Procedure. (ECF No. 29). The defendant seeks the release of Ms. Andrews' Protected Health Information from January 2008 to the present from Kershaw County Medical Center. The Court now grants the motion to compel and further orders the defendant to destroy or return to Ms. Andrews all of her medical records at the conclusion of this litigation.

IT IS SO ORDERED.

March 29, 2011                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge